# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: LEVIN, MARK JORDAN | § Case No. 11-15994 |
| LEVIN, LYN SUE | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 14, 2011. The undersigned trustee was appointed on April 14, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     20,000.16

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,297.19 |
| Bank service fees | 149.27 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 18,553.70 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/05/2011 and the deadline for filing governmental claims was 12/05/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $5.00, for total expenses of $5.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/01/2012     By: /s/RICHARD M. FOGEL
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-15994  
Case Name: LEVIN, MARK JORDAN  
              LEVIN, LYN SUE  
Period Ending: 03/01/12

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 04/14/11 (f)  
§341(a) Meeting Date: 05/31/11  
Claims Bar Date: 12/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 380.95 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 175.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 110.00 | 110.00 | DA | 0.00 | FA |
| 4 | Checking account with mother<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3.27 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with daughter<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 125.55 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account with daughter<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,508.03 | 0.00 | DA | 0.00 | FA |
| 7 | Security deposit with landlord<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Deposit with ComEd<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Furniture, Household Goods and Appliances<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Artwork<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |
| 11 | Clothing<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 12 | Jewelry<br>   Orig. Asset Memo: Imported from original petition | 350.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-15994  
Case Name: LEVIN, MARK JORDAN  
LEVIN, LYN SUE  
Period Ending: 03/01/12

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 04/14/11 (f)  
§341(a) Meeting Date: 05/31/11  
Claims Bar Date: 12/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 13 | Jewerly<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 100% Interest in CNB Ventures, LLC businesses. I<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2001 BMW 325 (95,000 miles)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,400.00 | 220.00 | DA | 0.00 | FA |
| 16 | 2006 Mercedes-Benz E500<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 17,375.00 | 0.00 | DA | 0.00 | FA |
| 17 | Computer Equipment<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Commission (u) (See Footnote) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | Unknown |
| 19 | Assets Totals (Excluding unknown values) | $47,827.80 | $20,530.00 | | $20,000.16 | $0.00 |

RE PROP# 7  Subject to setoff for unpaid rent  
RE PROP# 18  Trustee authorized to compromise dispute with debtor for $20,000 per o/c 10-3-11

**Major Activities Affecting Case Closing:**

Trustee collecting installment payments per settlement with debtor

Initial Projected Date Of Final Report (TFR): December 31, 2012  
Current Projected Date Of Final Report (TFR): December 31, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-15994 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | LEVIN, MARK JORDAN | | Bank Name: | The Bank of New York Mellon |
| | LEVIN, LYN SUE | | Account: | 9200-******98-65 - Checking Account |
| Taxpayer ID #: | **-***7466 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/11 | {18} | CNB VENTURES LLC | Initial payment per o/c 10-3-11 | | 1229-000 | 2,000.00 | | 2,000.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,975.00 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,975.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,950.01 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 1,950.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,925.02 |
| 01/05/12 | | HANNA & VAN ATTA fbo MARK LEVIN | Final payment | | | 18,000.00 | | 19,925.02 |
| | {18} | | Acct #002; Payment #1; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #10; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #11; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #12; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #2; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #3; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #4; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #5; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #6; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #7; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #8; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #9; Final payment | 1,500.00 | 1229-000 | | | 19,925.02 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.14 | | 19,925.16 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 34.94 | 19,890.22 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | | 2300-000 | | 17.19 | 19,873.03 |
| 02/23/12 | 1002 | UNITED STATES TREASURY | 2011 Form 1041- 38-6997466 | | 2810-000 | | 603.00 | 19,270.03 |
| 02/23/12 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | 2011 Form IL-1041  38-6997466 | | 2820-000 | | 677.00 | 18,593.03 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 39.33 | 18,553.70 |
| | | | | Subtotals: | | $20,000.16 | $1,446.46 | |

{} Asset reference(s)

Printed: 03/01/2012 08:41 AM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-15994 | |
| Case Name: | LEVIN, MARK JORDAN | |
| | LEVIN, LYN SUE | |
| Taxpayer ID #: | **-***7466 | |
| Period Ending: | 03/01/12 | |

| | | |
|---|---|---|
| Trustee: | RICHARD M. FOGEL (330720) | |
| Bank Name: | The Bank of New York Mellon | |
| Account: | 9200-******98-65 - Checking Account | |
| Blanket Bond: | $5,000,000.00 (per case limit) | |
| Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 20,000.16 | 1,446.46 | $18,553.70 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,000.16 | 1,446.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,000.16 | $1,446.46 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******98-65 | 20,000.16 | 1,446.46 | 18,553.70 |
| | $20,000.16 | $1,446.46 | $18,553.70 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-15994
Case Name: LEVIN, MARK JORDAN
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 18,553.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,553.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,750.00 | 0.00 | 2,750.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 5.00 | 0.00 | 5.00 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 966.00 | 0.00 | 966.00 |

Total to be paid for chapter 7 administration expenses: $ 3,721.00
Remaining balance: $ 14,832.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,832.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

UST Form 101-7-TFR (05/1/2011)

| | Total paid: | |
|---|---|---|
| | Remaining balance: | $ 14,832.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,307,668.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Northern California Collection Service | 163,142.95 | 0.00 | 169.14 |
| 2 | Discover Bank | 8,612.45 | 0.00 | 8.93 |
| 3 | Discover Bank | 4,456.47 | 0.00 | 4.62 |
| 4 | Discover Bank | 18,882.98 | 0.00 | 19.58 |
| 5 | FIA CARD SERVICES, N.A. | 61,284.63 | 0.00 | 63.53 |
| 6 | Baechtel & Hudis | 15,375.47 | 0.00 | 15.94 |
| 7 | WestAmerica Bank | 83,128.77 | 0.00 | 86.18 |
| 8 | Nelnet on behalf of the U.S. Department of Educati | 282,383.73 | 0.00 | 292.75 |
| 9 | Chase Bank USA, N.A. | 3,446.91 | 0.00 | 3.57 |
| 10 | Chase Bank USA, N.A. | 1,516.12 | 0.00 | 1.57 |
| 11 | Chase Bank USA, N.A. | 18,074.81 | 0.00 | 18.74 |
| 12 | Chase Bank USA, N.A. | 1,788.37 | 0.00 | 1.85 |
| 13 | Chase Bank USA, N.A. | 433.29 | 0.00 | 0.45 |
| 14 | Chase Bank USA, N.A. | 64,698.01 | 0.00 | 67.07 |
| 15 | Law Offices of Allen Shapiro | 6,607.83 | 0.00 | 6.85 |
| 16 | Exchange Bank | 155,684.67 | 0.00 | 161.40 |
| 18 | American Express Bank, FSB | 12,943.54 | 0.00 | 13.42 |
| 19 | American Express Bank, FSB | 7,202.12 | 0.00 | 7.47 |
| 20 | American Express Bank, FSB | 1,212.83 | 0.00 | 1.26 |
| 21 | American Express Bank, FSB | 2,996.28 | 0.00 | 3.11 |
| 22 | American Express Bank, FSB | 27,161.00 | 0.00 | 28.16 |
| 23 | Chase Bank USA, N.A. | 2,910.36 | 0.00 | 3.02 |
| 24 | PNC BANK | 9,845.90 | 0.00 | 10.21 |
| 25 | PNC BANK | 448,697.91 | 0.00 | 465.16 |
| 26 | Capital One Bank (USA), N.A. | 24,321.43 | 0.00 | 25.21 |

UST Form 101-7-TFR (05/1/2011)

| | | | | |
|---|---|---:|---:|---:|
| 27 | Capital One Bank (USA), N.A. | 8,568.40 | 0.00 | 8.88 |
| 28 | American Express Centurion Bank | 520.18 | 0.00 | 0.55 |
| 29 | American Express Centurion Bank | 18,948.96 | 0.00 | 19.64 |
| 30 | PYOD LLC its successors and assigns as assignee of | 1,016.29 | 0.00 | 1.05 |
| 31 | PYOD LLC its successors and assigns as assignee of | 21,860.64 | 0.00 | 22.66 |
| 32 | MB Financial Bank, N.A. | 12,738,629.16 | 0.00 | 13,206.07 |
| 33 | HSBC Bank Nevada, N.A. | 1,107.25 | 0.00 | 1.15 |
| 34 | Bruce Staehli & Maybelle Whu | 90,203.00 | 0.00 | 93.51 |

Total to be paid for timely general unsecured claims: $ 14,832.70
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)