UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: | ) | Case No. 11-15994 |
|---|---|---|
|    LEVIN, MARK JORDAN | ) | |
|    LEVIN, LYN SUE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on May 3, 2012 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: March 23, 2012          By: /s/ Richard M. Fogel
                                                               Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: LEVIN, MARK JORDAN | § | Case No. 11-15994 |
| LEVIN, LYN SUE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,000.16 |
| *and approved disbursements of* | $ 1,446.46 |
| *leaving a balance on hand of* [1] | $ 18,553.70 |
| **Balance on hand:** | $ 18,553.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 18,553.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,750.00 | 0.00 | 2,750.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 5.00 | 0.00 | 5.00 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 966.00 | 0.00 | 966.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,721.00 |
| Remaining balance: | $ | 14,832.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

  Total to be paid for prior chapter administrative expenses: $   0.00
  Remaining balance: $   14,832.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

  Total to be paid for priority claims: $   0.00
  Remaining balance: $   14,832.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,307,668.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Northern California Collection Service | 163,142.95 | 0.00 | 169.14 |
| 2 | Discover Bank | 8,612.45 | 0.00 | 8.93 |
| 3 | Discover Bank | 4,456.47 | 0.00 | 4.62 |
| 4 | Discover Bank | 18,882.98 | 0.00 | 19.58 |
| 5 | FIA CARD SERVICES, N.A. | 61,284.63 | 0.00 | 63.53 |
| 6 | Baechtel & Hudis | 15,375.47 | 0.00 | 15.94 |
| 7 | WestAmerica Bank | 83,128.77 | 0.00 | 86.18 |
| 8 | Nelnet on behalf of the U.S. Department of Educati | 282,383.73 | 0.00 | 292.75 |
| 9 | Chase Bank USA, N.A. | 3,446.91 | 0.00 | 3.57 |
| 10 | Chase Bank USA, N.A. | 1,516.12 | 0.00 | 1.57 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 11 | Chase Bank USA, N.A. | 18,074.84 | 0.00 | 18.74 |
| 12 | Chase Bank USA, N.A. | 1,788.37 | 0.00 | 1.85 |
| 13 | Chase Bank USA, N.A. | 433.29 | 0.00 | 0.45 |
| 14 | Chase Bank USA, N.A. | 64,698.01 | 0.00 | 67.07 |
| 15 | Law Offices of Allen Shapiro | 6,607.83 | 0.00 | 6.85 |
| 16 | Exchange Bank | 155,684.67 | 0.00 | 161.40 |
| 18 | American Express Bank, FSB | 12,943.54 | 0.00 | 13.42 |
| 19 | American Express Bank, FSB | 7,202.12 | 0.00 | 7.47 |
| 20 | American Express Bank, FSB | 1,212.83 | 0.00 | 1.26 |
| 21 | American Express Bank, FSB | 2,996.28 | 0.00 | 3.11 |
| 22 | American Express Bank, FSB | 27,161.00 | 0.00 | 28.16 |
| 23 | Chase Bank USA, N.A. | 2,910.36 | 0.00 | 3.02 |
| 24 | PNC BANK | 9,845.90 | 0.00 | 10.21 |
| 25 | PNC BANK | 448,697.91 | 0.00 | 465.16 |
| 26 | Capital One Bank (USA), N.A. | 24,321.43 | 0.00 | 25.21 |
| 27 | Capital One Bank (USA), N.A. | 8,568.40 | 0.00 | 8.88 |
| 28 | American Express Centurion Bank | 526.18 | 0.00 | 0.55 |
| 29 | American Express Centurion Bank | 18,948.96 | 0.00 | 19.64 |
| 30 | PYOD LLC its successors and assigns as assignee of | 1,016.29 | 0.00 | 1.05 |
| 31 | PYOD LLC its successors and assigns as assignee of | 21,860.64 | 0.00 | 22.66 |
| 32 | MB Financial Bank, N.A. | 12,738,629.16 | 0.00 | 13,206.07 |
| 33 | HSBC Bank Nevada, N.A. | 1,107.25 | 0.00 | 1.15 |
| 34 | Bruce Staehli & Maybelle Whu | 90,203.00 | 0.00 | 93.51 |

Total to be paid for timely general unsecured claims: $ 14,832.70
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                               Case No. 11-15994-JBS
Mark Jordan Levin                                                    Chapter 7
Lyn Sue Levin
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez                 Page 1 of 3                   Date Rcvd: Mar 23, 2012
                               Form ID: pdf006               Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2012.
db/jdb       +Mark Jordan Levin,    Lyn Sue Levin,    4 East Ohio Street, #20,    Chicago, IL 60611-4750
17135571     +AES/Fed Loan Servicing,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
17446920     +ARSI,    555 St Charles Dr Ste 100,    Thousand Oaks, CA 91360-3983
17135572     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
17863037      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18034054      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17135573     +Baechtel & Hudis,    2360 Professional Dr. Ste. B,    Santa Rosa, CA 95403-3014
17135575      Bloomingdales,    P.O. Box 183083,    Columbus, OH 43218-3083
17446921     +Bruce Staehli & Maybelle Shu,    PO Box 1206,    Presque, Isle, ME 04769-1206
17135576     +Bruce Staehli & Maybelle Whu,    Horowitz & Weinstein,    Tami Ann Tolitano,
               311 W Superior Street,    Chicago, IL 60654-3537
17934085      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
17135578     +Capitol One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
17848432      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17135579     +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
17135580     +Citibank SD NA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
17135581      Citibank SD NA,    P.O. Box 6241,    Sioux Falls, SD 571176241
17253741     +DCFS USA, L.L.C.,    c/o Riezman Berger, P.C.,,    7700 Bonhomme, 7th Floor,
               St. Louis, MO 63105-1960
17135585      Discover Fin Svcs, LLC,    P.O. Box 15216,    Wilmington, DE 19850
17793821      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17135588     +FMS Inc.,    P.O. Box 707600,    Tulsa, OK 74170-7600
17135587     +First Equity Visa,    1415 Warm Springs Rd.,    Columbus, GA 31904-8366
17135591     +HSBC,    P.O. Box 15221,    Wilmington, DE 19850-5221
17135592     #HSBC,    P.O. Box 60102,    City of Industry, CA 91716-0102
18114133     +HSBC Bank Nevada, N.A.,    (Long Fence and Home),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
17256875     +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
17135590     +Horowitz & Weinstein,    311 W. Superior St.,    Chicago, IL 60654-3537
17135593      Joseph, Mann & Creed,    P.O. Box 22253,    Beachwood, OH 44122-0253
17135594     +Law Offices of Allen Shapiro,    1247 Waukegan Rd, Suite 100,    Glenview, IL 60025-3057
17135596     +MB Financial Bank,    P.O. Box 6261,    Chicago, IL 60680-6261
18107242      MB Financial Bank, N.A.,    c/o Matthew A. Olins, Esq.,    Duane Morris LLP,
               190 S. LaSalle St., Suite 3700,    Chicago, IL 60603-3433
17135595     +Marin County DCSS,    7655 Redwood Blvd.,    Novato, CA 94945-1408
17135597     +Mercedes Benz Financial,    PO Box 961,    Roanoke, TX 76262-0961
17135601      National City Mortgage,    1 Cascade Plaza,    Akron, OH 44308-1136
17446922     +Northern California Collection Service,    PO Box 13765,    Sacramento, CA 95853-3765
17135602     +Northern California Collection Service,    Teller Levit & Silvertrust PC,    11 E Adams St #800,
               Chicago, IL 60603-6369
17135603      Northwestern Faculty Medical Foundation,    38693 Eagle Way,    Chicago, IL 60678-1386
17876744     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
17135604     +PNC Bank,    P.O. Box 856177,    Louisville, KY 40281-0001
17591146     +SW Credit Systems, Inc,    2629 Dickerson Pkwy,    Carrollton, TX 75007-4458
17135605      Steven B. Mains,    267 Locust Ave. Ste. A,    San Rafael, CA 94901-2240
17135607     #+Teller, Levit, & Silvertrust,    11 E. Adams Ste. 800,    Chicago, IL 60603-6369
17135608     +Wachovia Education Finance,    501 Bleeker Street,    Utica, NY 13501-2401
17135609     +Wachovia Education Finance,    501 Bleeker Street,    Uticany, NY 13501-2401
17135610      Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
17135612     #+Zwicker & Associates,    7366 N. Lincoln Ave. Ste. 404,    Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17135570     +E-mail/Text: bkr@cardworks.com Mar 23 2012 19:43:08     Advanta Credit Cards,    P.O. Box 9217,
               Old Bethpage, NY 11804-9017
17135577     +Fax: 916-636-2600 Mar 23 2012 19:42:47     California State Disbursement Unit,    P.O. Box 989067,
               West Sacramento, CA 95798-9067
17591145     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Mar 23 2012 19:44:58     Comcast,
               1255 W North Ave,    Chicago, IL 60642-1562
17135584      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 24 2012 01:33:49     Discover Card,    12 Reads Way,
               New Castle, DE 19720
17135582     +E-mail/Text: electronicbkydocs@nelnet.net Mar 23 2012 19:45:07     Dept. of Education/NELNET,
               121 S 13th St,    Lincoln, NE 68508-1904
17135583      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 24 2012 01:33:49     Discover Bank,
               P.O. Box 6103,    Carol Strem, IL 60197-6103
17787805      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 24 2012 01:33:49     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17135586     +E-mail/Text: bankruptcynotifications@exchangebank.com Mar 23 2012 19:44:38     Exchange Bank,
               545 Fourth St.,    Santa Rosa, CA 95401-6323
17135599      E-mail/Text: mmrgbk@miramedrg.com Mar 23 2012 19:45:04     Mira Med Revenue Group,    Dept 77304,
               PO Box 77000,    Detroit, MI 48277-0304
```

```
District/off: 0752-1           User: bchavez              Page 2 of 3            Date Rcvd: Mar 23, 2012
                               Form ID: pdf006            Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
 (continued)
17135600      E-mail/Text: mmrgbk@miramedrg.com Mar 23 2012 19:45:04     MiraMed Revenue Group, LLC,
               Dept 77304,   PO Box 77000,   Detroit, MI 48277-0304
17844027     +E-mail/Text: electronicbkydocs@nelnet.net Mar 23 2012 19:45:07
               Nelnet on behalf of the U.S. Department of Educati,   3015 South Parker Road, Suite 400,
               Aurora, CO 80014-2904
18044793     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 23 2012 19:27:49
               PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
17135606     +E-mail/Text: centralservices@summitstatebank.com Mar 23 2012 19:43:44     Summit State Bank,
               500 Bicentennial Way,   Santa Rosa, CA 95403-7429
17135611      E-mail/Text: david.blanke@westamerica.com Mar 23 2012 19:45:00     WestAmerica Bank,
               c/o Jane Ivy-Jones,   Loan Adjustment Dept #9215,   PO Box 1220,   Suisan, CA 94585-1220
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17863040*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17863041*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17863038*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17863039*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18034055*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17135589*      FMS, Inc.,   PO Box 707600,   Tulsa, OK 74170-7600
17135598*      Mercedes-Benz Financial,   P.O. Box 961,   Roanoke, TX 76262-0961
17135574      ##Bank of America,   P.O. Box 15026,   Wilmington, DE 198505026
                                                                            TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2012**                              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 3 of 3                   Date Rcvd: Mar 23, 2012
                              Form ID: pdf006            Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2012 at the address(es) listed below:

```
          David   Melcer    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
          David P Leibowitz    on behalf of Debtor Mark Levin dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
          Jonathan T Brand    on behalf of Debtor Mark Levin jbrand@lakelaw.com,   ECF@lakelaw.com
          Kathryn A Klein    on behalf of Creditor   DCFS USA, L.L.C. (DCFS) iln@riezmanberger.com,
           riezmanberger@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M Fogel    rfogel@shawgussis.com,   IL72@ecfcbis.com
          Tami  Tolitano    on behalf of Petitioning Creditor Bruce Staeheli ttolitano@hwchicagolaw.com
                                                                                             TOTAL: 7
```