**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LEVIN, MARK JORDAN § Case No. 11-15994
      LEVIN, LYN SUE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $47,827.80 *(without deducting any secured claims)* | Assets Exempt: $11,019.53 |
| Total Distribution to Claimants: $14,832.70 | Claims Discharged Without Payment: $14,716,376.40 |
| Total Expenses of Administration: $5,167.46 | |

    3) Total gross receipts of $ 20,000.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $17,448.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,167.48 | 5,167.46 | 5,167.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,502,039.27 | 14,470,811.66 | 14,307,668.71 | 14,832.70 |
| **TOTAL DISBURSEMENTS** | $13,519,487.27 | $14,475,979.14 | $14,312,836.17 | $20,000.16 |

    4) This case was originally filed under Chapter 7 on April 14, 2011. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2012          By: /s/RICHARD M. FOGEL
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commission | 1229-000 | 20,000.00 |
| Interest Income | 1270-000 | 0.16 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Mercedes-Benz Financial | 4110-000 | 17,448.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$17,448.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,750.02 | 2,750.00 | 2,750.00 |
| RICHARD M. FOGEL | 2200-000 | N/A | 5.00 | 5.00 | 5.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 966.00 | 966.00 | 966.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.94 | 34.94 | 34.94 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 17.19 | 17.19 | 17.19 |
| UNITED STATES TREASURY | 2810-000 | N/A | 603.00 | 603.00 | 603.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 677.00 | 677.00 | 677.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.33 | 39.33 | 39.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,167.48 | $5,167.46 | $5,167.46 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northern California Collection Service | 7100-000 | 163,627.00 | 163,142.95 | 163,142.95 | 169.14 |
| 2 | Discover Bank | 7100-000 | 8,612.00 | 8,612.45 | 8,612.45 | 8.93 |
| 3 | Discover Bank | 7100-000 | 4,347.00 | 4,456.47 | 4,456.47 | 4.62 |
| 4 | Discover Bank | 7100-000 | 18,882.98 | 18,882.98 | 18,882.98 | 19.58 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 61,284.00 | 61,284.63 | 61,284.63 | 63.53 |
| 6 | Baechtel & Hudis | 7100-000 | 13,850.00 | 15,375.47 | 15,375.47 | 15.94 |
| 7 | WestAmerica Bank | 7100-000 | 83,578.94 | 83,128.77 | 83,128.77 | 86.18 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Nelnet on behalf of the U.S. Department of Educati | 7100-000 | 178,734.00 | 282,383.73 | 282,383.73 | 292.75 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 3,446.00 | 3,446.91 | 3,446.91 | 3.57 |
| 10 | Chase Bank USA, N.A. | 7100-000 | 1,516.00 | 1,516.12 | 1,516.12 | 1.57 |
| 11 | Chase Bank USA, N.A. | 7100-000 | 18,074.81 | 18,074.81 | 18,074.81 | 18.74 |
| 12 | Chase Bank USA, N.A. | 7100-000 | 1,747.00 | 1,788.37 | 1,788.37 | 1.85 |
| 13 | Chase Bank USA, N.A. | 7100-000 | 398.00 | 433.29 | 433.29 | 0.45 |
| 14 | Chase Bank USA, N.A. | 7100-000 | 63,056.00 | 64,698.01 | 64,698.01 | 67.07 |
| 15 | Law Offices of Allen Shapiro | 7100-000 | 6,607.83 | 6,607.83 | 6,607.83 | 6.85 |
| 16 | Exchange Bank | 7100-000 | 163,142.00 | 155,684.67 | 155,684.67 | 161.40 |
| 17 | Northern California Collection Service | 7100-000 | 163,142.95 | 163,142.95 | 0.00 | 0.00 |
| 18 | American Express Bank, FSB | 7100-000 | 12,943.00 | 12,943.54 | 12,943.54 | 13.42 |
| 19 | American Express Bank, FSB | 7100-000 | 7,202.00 | 7,202.12 | 7,202.12 | 7.47 |
| 20 | American Express Bank, FSB | 7100-000 | 1,212.00 | 1,212.83 | 1,212.83 | 1.26 |
| 21 | American Express Bank, FSB | 7100-000 | 2,996.28 | 2,996.28 | 2,996.28 | 3.11 |
| 22 | American Express Bank, FSB | 7100-000 | 27,161.00 | 27,161.00 | 27,161.00 | 28.16 |
| 23 | Chase Bank USA, N.A. | 7100-000 | 3,055.00 | 2,910.36 | 2,910.36 | 3.02 |
| 24 | PNC BANK | 7100-000 | 9,004.00 | 9,845.90 | 9,845.90 | 10.21 |
| 25 | PNC BANK | 7100-000 | 448,697.00 | 448,697.91 | 448,697.91 | 465.16 |
| 26 | Capital One Bank (USA), N.A. | 7100-000 | 23,087.00 | 24,321.43 | 24,321.43 | 25.21 |
| 27 | Capital One Bank (USA), N.A. | 7100-000 | 8,410.00 | 8,568.40 | 8,568.40 | 8.88 |
| 28 | American Express Centurion Bank | 7100-000 | 526.00 | 526.18 | 526.18 | 0.55 |
| 29 | American Express Centurion Bank | 7100-000 | 18,948.00 | 18,948.96 | 18,948.96 | 19.64 |
| 30 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,001.00 | 1,016.29 | 1,016.29 | 1.05 |
| 31 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 21,165.00 | 21,860.64 | 21,860.64 | 22.66 |
| 32 | MB Financial Bank, N.A. | 7100-000 | 11,466,233.44 | 12,738,629.16 | 12,738,629.16 | 13,206.07 |
| 33 | HSBC Bank Nevada, N.A. | 7100-000 | 950.00 | 1,107.25 | 1,107.25 | 1.15 |
| 34 | Clerk of U.S. Bankruptcy Court - Bruce Staehli & | 7100-001 | 71,861.65 | 90,203.00 | 90,203.00 | 93.51 |
| NOTFILED | FMS Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Equity Visa | 7100-000 | 10,157.00 | N/A | N/A | 0.00 |
| NOTFILED | Horowitz & Weinstein | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FMS, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank SD NA | 7100-000 | 4,138.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 15,323.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 43,972.39 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 7100-000 | 25,347.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 31,594.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph, Mann & Creed | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bloomingdales | 7100-000 | 1,746.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 3,105.00 | N/A | N/A | 0.00 |
| NOTFILED | Capitol One | 7100-000 | 1,321.00 | N/A | N/A | 0.00 |
| NOTFILED | MiraMed Revenue Group, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Education Finance | 7100-000 | 17,737.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Education Finance | 7100-000 | 43,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Education Finance | 7100-000 | 21,872.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Education Finance | 7100-000 | 42,753.00 | N/A | N/A | 0.00 |
| NOTFILED | Zwicker & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Teller, Levit, & Silvertrust | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Summit State Bank | 7100-000 | 82,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ARSI | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mira Med Revenue Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Faculty Medical Foundation | 7100-000 | 1,171.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Faculty Medical Foundation | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven B. Mains | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Faculty Medical Foundation | 7100-000 | 198.00 | N/A | N/A | 0.00 |
| NOTFILED | Marin County DCSS | 7100-000 | 343.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Credit Cards | 7100-000 | 21,475.00 | N/A | N/A | 0.00 |
| NOTFILED | AES/Fed Loan Servicing | 7100-000 | 56,134.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,502,039.27 | $14,470,811.66 | $14,307,668.71 | $14,832.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-15994  
**Case Name:** LEVIN, MARK JORDAN  
               LEVIN, LYN SUE  
**Period Ending:** 09/12/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/14/11 (f)  
**§341(a) Meeting Date:** 05/31/11  
**Claims Bar Date:** 12/05/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 380.95 | 0.00 | DA | 0.00 | FA |
| 2  Checking Account<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 175.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking account<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 110.00 | 110.00 | DA | 0.00 | FA |
| 4  Checking account with mother<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3.27 | 0.00 | DA | 0.00 | FA |
| 5  Checking account with daughter<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 125.55 | 0.00 | DA | 0.00 | FA |
| 6  Checking account with daughter<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,508.03 | 0.00 | DA | 0.00 | FA |
| 7  Security deposit with landlord<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 8  Deposit with ComEd<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9  Furniture, Household Goods and Appliances<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10  Artwork<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |
| 11  Clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 12  Jewelry | 350.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-15994  
**Case Name:** LEVIN, MARK JORDAN  
                LEVIN, LYN SUE  
**Period Ending:** 09/12/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/14/11 (f)  
**§341(a) Meeting Date:** 05/31/11  
**Claims Bar Date:** 12/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Jewerly<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 100% Interest in CNB Ventures, LLC businesses. I<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2001 BMW 325 (95,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,400.00 | 220.00 | DA | 0.00 | FA |
| 16 | 2006 Mercedes-Benz E500<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 17,375.00 | 0.00 | DA | 0.00 | FA |
| 17 | Computer Equipment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | Commission (u) (See Footnote) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | FA |
| 19 | **Assets Totals** (Excluding unknown values) | **$47,827.80** | **$20,530.00** | | **$20,000.16** | **$0.00** |

RE PROP# 7      Subject to setoff for unpaid rent  
RE PROP# 18      Trustee authorized to compromise dispute with debtor for $20,000 per o/c 10-3-11

---

**Major Activities Affecting Case Closing:**

    Trustee collecting installment payments per settlement with debtor

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012        **Current Projected Date Of Final Report (TFR):**    March 23, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-15994 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | LEVIN, MARK JORDAN | | Bank Name: | The Bank of New York Mellon |
| | LEVIN, LYN SUE | | Account: | 9200-******98-65 - Checking Account |
| Taxpayer ID #: | **-***7466 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/12/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/11 | {18} | CNB VENTURES LLC | Initial payment per o/c 10-3-11 | 1229-000 | 2,000.00 | | 2,000.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,975.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,950.01 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,950.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,925.02 |
| 01/05/12 | | HANNA & VAN ATTA fbo MARK LEVIN | Final payment | | 18,000.00 | | 19,925.02 |
| | {18} | | Acct #002; Payment #1;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #10;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #11;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #12;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #2;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #3;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #4;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #5;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #6;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #7;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #8;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| | {18} | | Acct #002; Payment #9;   1,500.00<br>Final payment | 1229-000 | | | 19,925.02 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 19,925.16 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.94 | 19,890.22 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 17.19 | 19,873.03 |
| 02/23/12 | 1002 | UNITED STATES TREASURY | 2011 Form 1041- 38-6997466 | 2810-000 | | 603.00 | 19,270.03 |
| 02/23/12 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | 2011 Form IL-1041  38-6997466 | 2820-000 | | 677.00 | 18,593.03 |

Subtotals :    $20,000.16    $1,407.13

{} Asset reference(s)

Printed: 09/12/2012 07:34 AM    V.13.03

Case 11-15994    Doc 66    Filed 09/13/12    Entered 09/13/12 06:51:58    Desc Main
Document      Page 10 of 11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-15994 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | LEVIN, MARK JORDAN | | Bank Name: | The Bank of New York Mellon |
| | LEVIN, LYN SUE | | Account: | 9200-******98-65 - Checking Account |
| Taxpayer ID #: | **-***7466 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/12/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.33 | 18,553.70 |
| 06/01/12 | 1004 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $966.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 966.00 | 17,587.70 |
| 06/01/12 | 1005 | Northern California Collection Service | 0.10% dividend on Claim # 1, Ref: | 7100-000 | | 169.14 | 17,418.56 |
| 06/01/12 | 1006 | Discover Bank | 0.10% dividend on Claim # 2, Ref: 5606 | 7100-000 | | 8.93 | 17,409.63 |
| 06/01/12 | 1007 | Discover Bank | 0.10% dividend on Claim # 3, Ref: 6603 | 7100-000 | | 4.62 | 17,405.01 |
| 06/01/12 | 1008 | Discover Bank | 0.10% dividend on Claim # 4, Ref: 1518 | 7100-000 | | 19.58 | 17,385.43 |
| 06/01/12 | 1009 | FIA CARD SERVICES, N.A. | 0.10% dividend on Claim # 5, Ref: 8836 | 7100-000 | | 63.53 | 17,321.90 |
| 06/01/12 | 1010 | Baechtel & Hudis | 0.10% dividend on Claim # 6, Ref: | 7100-000 | | 15.94 | 17,305.96 |
| 06/01/12 | 1011 | WestAmerica Bank | 0.10% dividend on Claim # 7, Ref: 3404 | 7100-000 | | 86.18 | 17,219.78 |
| 06/01/12 | 1012 | Nelnet on behalf of the U.S. Department of Educati | 0.10% dividend on Claim # 8, Ref: 65** | 7100-000 | | 292.75 | 16,927.03 |
| 06/01/12 | 1013 | Chase Bank USA, N.A. | 0.10% dividend on Claim # 9, Ref: 0450 | 7100-000 | | 3.57 | 16,923.46 |
| 06/01/12 | 1014 | Chase Bank USA, N.A. | 0.10% dividend on Claim # 10, Ref: 6411 | 7100-000 | | 1.57 | 16,921.89 |
| 06/01/12 | 1015 | Chase Bank USA, N.A. | 0.10% dividend on Claim # 11, Ref: 6192 | 7100-000 | | 18.74 | 16,903.15 |
| 06/01/12 | 1016 | Chase Bank USA, N.A. | 0.10% dividend on Claim # 12, Ref: 5398 | 7100-000 | | 1.85 | 16,901.30 |
| 06/01/12 | 1017 | Chase Bank USA, N.A. | 0.10% dividend on Claim # 13, Ref: 4790 | 7100-000 | | 0.45 | 16,900.85 |
| 06/01/12 | 1018 | Chase Bank USA, N.A. | 0.10% dividend on Claim # 14, Ref: 0819 | 7100-000 | | 67.07 | 16,833.78 |
| 06/01/12 | 1019 | Law Offices of Allen Shapiro | 0.10% dividend on Claim # 15, Ref: | 7100-000 | | 6.85 | 16,826.93 |
| 06/01/12 | 1020 | Exchange Bank | 0.10% dividend on Claim # 16, Ref: | 7100-000 | | 161.40 | 16,665.53 |
| 06/01/12 | 1021 | American Express Bank, FSB | 0.10% dividend on Claim # 18, Ref: 45** | 7100-000 | | 13.42 | 16,652.11 |
| 06/01/12 | 1022 | American Express Bank, FSB | 0.10% dividend on Claim # 19, Ref: 14** | 7100-000 | | 7.47 | 16,644.64 |
| 06/01/12 | 1023 | American Express Bank, FSB | 0.10% dividend on Claim # 20, Ref: 88** | 7100-000 | | 1.26 | 16,643.38 |
| 06/01/12 | 1024 | American Express Bank, FSB | 0.10% dividend on Claim # 21, Ref: 1004 | 7100-000 | | 3.11 | 16,640.27 |
| 06/01/12 | 1025 | American Express Bank, FSB | 0.10% dividend on Claim # 22, Ref: 58** | 7100-000 | | 28.16 | 16,612.11 |
| 06/01/12 | 1026 | Chase Bank USA, N.A. | 0.10% dividend on Claim # 23, Ref: 75** | 7100-000 | | 3.02 | 16,609.09 |
| 06/01/12 | 1027 | PNC BANK | 0.10% dividend on Claim # 24, Ref: 6540 | 7100-000 | | 10.21 | 16,598.88 |
| 06/01/12 | 1028 | PNC BANK | 0.10% dividend on Claim # 25, Ref: 25** | 7100-000 | | 465.16 | 16,133.72 |
| 06/01/12 | 1029 | Capital One Bank (USA), N.A. | 0.10% dividend on Claim # 26, Ref: 7277 | 7100-000 | | 25.21 | 16,108.51 |
| 06/01/12 | 1030 | Capital One Bank (USA), N.A. | 0.10% dividend on Claim # 27, Ref: 1185 | 7100-000 | | 8.88 | 16,099.63 |
| 06/01/12 | 1031 | American Express Centurion Bank | 0.10% dividend on Claim # 28, Ref: 24** | 7100-000 | | 0.55 | 16,099.08 |
| 06/01/12 | 1032 | American Express Centurion Bank | 0.10% dividend on Claim # 29, Ref: 25** | 7100-000 | | 19.64 | 16,079.44 |
| 06/01/12 | 1033 | PYOD LLC its successors and assigns as assignee of | 0.10% dividend on Claim # 30, Ref: 0638 | 7100-000 | | 1.05 | 16,078.39 |
| 06/01/12 | 1034 | PYOD LLC its successors and | 0.10% dividend on Claim # 31, Ref: 1304 | 7100-000 | | 22.66 | 16,055.73 |

Subtotals :    $0.00    $2,537.30

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-15994 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | LEVIN, MARK JORDAN | | **Bank Name:** | The Bank of New York Mellon |
| | LEVIN, LYN SUE | | **Account:** | 9200-******98-65 - Checking Account |
| **Taxpayer ID #:** | **-***7466 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/12/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | assigns as assignee of | | | | | |
| 06/01/12 | 1035 | MB Financial Bank, N.A. | 0.10% dividend on Claim # 32, Ref: 9002 | 7100-000 | | 13,206.07 | 2,849.66 |
| 06/01/12 | 1036 | HSBC Bank Nevada, N.A. | 0.10% dividend on Claim # 33, Ref: | 7100-000 | | 1.15 | 2,848.51 |
| 06/01/12 | 1037 | Bruce Staehli & Maybelle Whu | 0.10% dividend on Claim # 34, Ref: 2801 Stopped on 08/31/12 | 7100-000 | | 93.51 | 2,755.00 |
| 06/01/12 | 1038 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,755.00 | 0.00 |
| | | | Dividend paid 100.00%   2,750.00 on $2,750.00;  Claim# A; Filed: $2,750.02 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   5.00 on $5.00;  Claim# B; Filed: $5.00 | 2200-000 | | | 0.00 |
| 08/31/12 | 1037 | Bruce Staehli & Maybelle Whu | 0.10% dividend on Claim # 34, Ref: 2801 Stopped: check issued on 06/01/12 | 7100-000 | | -93.51 | 93.51 |
| 08/31/12 | 1039 | Clerk of U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 7100-001 | | 93.51 | 0.00 |

| | | | ACCOUNT TOTALS | 20,000.16 | 20,000.16 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | Subtotal | 20,000.16 | 20,000.16 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$20,000.16** | **$20,000.16** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******98-65** | **20,000.16** | **20,000.16** | **0.00** |
| | **$20,000.16** | **$20,000.16** | **$0.00** |

{} Asset reference(s)   Printed: 09/12/2012 07:34 AM   V.13.03